UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEL THOMAS HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07 CV 00970(RBW) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA
FOR ADDITIONAL TIME
WITHIN WHICH TO ANSWER THE COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendants District of Columbia, Cathy Lanier, the Metropolitan Police Department, and Officer Jose Freeman moves for an extension of time, up to and including July 30, 2007, within which to respond to the  plaintiff's complaint herein.

The grounds for this motion are more fully set forth in the attached memorandum of points and authorities.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____

PHILLIP LATTIMORE
Chief, General Litigation Section III

_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion together with supporting documents,

was mailed, postage prepaid, July 24, 2007, to *pro se* plaintiff at the following address:

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20002

_____
Steven Anderson

<u>LOCAL RULE 7 CERTIFICATION</u>

I hereby certify that on July 24, 2007, I call pro se  plaintiff at the telephone number
given on his complaint to seek his consent to attached motion.  However, the number listed has
been discontinued.  Accordingly, defendants are unable to indicate if plaintiff consents to the
attached motion.                         _

_____
Steven J. Anderson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,                    )
                                     )
            Plaintiff,               )
                                     )        Case No. 1:07 CV 00970(RBW)
      v.                             )
                                     )
DISTRICT OF COLUMBIA, *et al.,*      )
                                     )
            Defendants.              )
_____)

:

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DEFENDANTS FOR ADDITIONAL TIME WITHIN WHICH TO ANSWER THE COMPLAINT

*Pro se* Plaintiff has filed a lengthy civil complaint seeking compensation from the District of Columbia, Cathy Lanier, the Metropolitan Police Department, and Officer Jose Freeman, *inter alia*. Plaintiff's complaint is complex and alleges constitutional and common law violations that span three years. Due to the complexity of the issues raised, undersigned counsel request additional time to research the factual and legal issues raised by plaintiff.

Currently, a response to plaintiff's complaint is due July 24, 2007. Defendants request that this deadline be extended 6 days to July 30, 2007.

In the Superior Court of the District of Columbia, the District and its employees are allowed 60 days to answer a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed the United States in both Superior Court and United States District Courts. Id.; Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for both governmental entities, given the time necessary to forward court documents, to contact knowledgeable employees and to investigate the allegations of a complaint.

Under all the circumstances described, it is requested that the Court grant the relief

sought herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____

PHILLIP LATTIMORE
Chief, General Litigation Section III



_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,           )
           )
        Plaintiff,        )
           )    Case No. 1:07 CV 00970(RBW)
     v.         )
           )
DISTRICT OF COLUMBIA, *et al.,*    )
           )
        Defendants.    )
_____)

ORDER

Upon consideration of defendant District of Columbia's consent motion for additional time within which to respond to plaintiff's complaint, the memorandum in support thereof, and any opposition filed thereto, it is by the Court, this _____ day of _____, 2007,

ORDERED: that defendant's motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendant District of Columbia may respond to plaintiff's complaint, is extended to and including July 30, 2007.

_____
The Honorable Reggie Walton
JUDGE, UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Steven J. Anderson
Asst. Atty. General
441-4th Street, NW
6th Floor South
Washington, D.C. 20001

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20002