UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,                    )
                                     )
          Plaintiff,                 )
                                     )        Case No. 1:07 CV 00970(RBW)
     v.                              )
                                     )
DISTRICT OF COLUMBIA, *et al.,*      )
                                     )
          Defendants.                )
_____)


SECOND MOTION OF DEFENDANTS  FOR ADDITIONAL TIME WITHIN WHICH TO
ANSWER THE COMPLAINT


Pursuant to Fed.R.Civ.P. 6(b), defendants District of Columbia, Cathy Lanier, the

Metropolitan Police Department, and Officer Jose Freeman moves for an extension of time, up to

and including August 8, 2007, within which to respond to the plaintiff's amended  complaint

herein.

The grounds for this motion are more fully set forth in the attached memorandum of

points and authorities.


                         Respectfully submitted,

                         LINDA SINGER
                         Attorney General for the District of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General, Civil Litigation Division


                         _____
                         PHILLIP LATTIMORE
                         Chief, General Litigation Section III

_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion together with supporting documents,

was mailed, postage prepaid, July 30, 2007, to *pro se* plaintiff at the following address:

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20002

_____
Steven Anderson

LOCAL CIVIL RULE 7(m) CERTIFICATION

I hereby certify that on July 30, 2007, I tried to call *pro se* plaintiff at the telephone
number given on his complaint to seek his consent to attached motion. However, the number
listed has been discontinued. Accordingly, defendants are unable to indicate if plaintiff consents
to the attached motion.                          _

_____
Steven J. Anderson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,             )
                                              )
             Plaintiff,        )
                                              )     Case No. 1:07 CV 00970(RBW)
      v.                          )
                                            )
DISTRICT OF COLUMBIA, *et al.,*   )
                                            )
            Defendants.     )
———————————————————)

:

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF DEFENDANTS FOR ADDITIONAL TIME
WITHIN WHICH TO ANSWER THE COMPLAINT</u>

*Pro se* Plaintiff has filed a lengthy civil complaint seeking compensation from the

District of Columbia, Cathy Lanier, the Metropolitan Police Department, and Officer Jose

Freeman, *inter alia*. Plaintiff's amended complaint is complex and alleges constitutional and

common law violations that span three years. Due to the complexity of the issues raised,

undersigned counsel request additional time to research the factual and legal issues raised by

plaintiff.

Currently, a response to plaintiff's complaint is due July 30, 2007. This is defendants'

second request for additional time to respond to plaintiff's amended complaint. Undersigned

counsel had hoped to have a response completed by July 30, 2007. However, the response is not

completed and the undersigned is scheduled to be out of the office from July 31, 2007, until August

6, 2007. In order to get the response completed and reviewed, the undersigned requests that it be

allowed until August 8, 2007, to respond to the amended complaint.

Under all the circumstances described, it is requested that the Court grant the relief

sought herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____

PHILLIP LATTIMORE
Chief, General Litigation Section III



_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEL THOMAS HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07 CV 00970(RBW) |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of defendants motion for additional time within which to respond to plaintiff's amended complaint, the memorandum in support thereof, and any opposition filed thereto, it is by the Court, this    day of                , 2007,

ORDERED: that defendant's motion be, and the same hereby is, granted; and it is further

ORDERED: that the time within which defendant District of Columbia may respond to plaintiff's amended complaint is extended to and including August 8, 2007.

_____
The Honorable Reggie Walton
JUDGE, UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

Copies to:

Steven J. Anderson
Asst. Atty. General
441-4th Street, NW
6th Floor South
Washington, D.C. 20001

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20002