UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07 CV 00970(RBW) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT METROPOLITAN POLICE DEPARTMENT'S *ERRATA*

Defendant, Metropolitan Police Department (MPD), previously filed a motion to dismiss plaintiff's amended complaint arguing that the MPD is *non sui juris*. Although a copy of that motion was mailed to *pro se* plaintiff *via* the U.S. Mail, defendant inadvertently failed to include a certificate of service. Accordingly, defendant has attached a certificate of service for its motion to dismiss as exhibit hereto. Defendant has also included a certificate of service showing that this *errata* was served on plaintiff *via* U.S. Mail.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Attorney General, Civil Litigation Division

    _____
    PHILLIP A. LATTIMORE III
    Chief, General Litigation Section III

1

        STEVEN J. ANDERSON
        Assistant Attorney General
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607
        (202) 727-3625 (fax)
        E-mail:  Steve.anderson@dc.gov

### Certificate of Service

I hereby certify that a copy of the foregoing *errata* and the attached exhibit was served on plaintiff at the address set forth below, on this August 28, 2007:

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20019

        Steven J. Anderson

Certificate of Service

I hereby certify that a copy of the foregoing motion by the Metropolitan Police Department's Motion for Judgment on the Pleadings and supporting papers were served on plaintiff at the address set forth below, on this August 24, 2007:

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20019

_____
Steven J. Anderson