UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL THOMAS HALL,**   )<br>                                                         )<br>          **Plaintiff,**            )<br>                                                         )<br>     v.                                              )<br>                                                         )<br> **DISTRICT OF COLUMBIA,** *et al.,*   )<br>                                                         )<br>          **Defendants.**         )<br>_____) | Case No. 1:07 CV 00970(RBW) |

## DEFENDANT DISTRICT OF COLUMBIA'S NOTICE OF FILING

On August 13, 2007, this court issued its "Order for Initial Scheduling Conference" setting an initial conference for October 5, 2007, at 9:00 a.m. In its order, the court directed that "counsel shall meet and have discussion about this case at least 21 days prior to the conference date and submit their Report addressing all topics listed in LCvR 16.3(c) no later than 14 days following their meeting.

The order further provides that "In the event one or more counsel (or *pro se* parties) find it impossible to submit the Statement because other counsel (or pro se parties) have not been cooperative, the Court shall be advised by the complaint counsel."

Shortly after receiving this order undersigned counsel tried to contact *pro se* plaintiff at the telephone number on his amended complaint. However, that number has been disconnected. On August 20, 2007, the undersigned mailed the attached letter to plaintiff at the address shown on his amended complaint. However, the letter was returned September 10, 2007, to the undersigned stamped by the post office "return to sender unable to forward." Accordingly, defendants hereby give notice as required by the Court's Order that there is no way for the

defendants to coordinate with the plaintiff to complete the joint report required by this Court's Order.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /S/ PHILLIP LATTIMORE
        _____
        PHILLIP LATTIMORE
        Chief, General Litigation Section III

        /S/ STEVEN J. ANDERSON
        _____
        STEVEN J. ANDERSON
        Assistant Attorney General
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607
        (202) 727-3625 (fax)
        E-mail: Steve.anderson@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 13th day of September, 2007, that a copy of the foregoing notice of filing and attachment was mailed postage prepaid to plaintiff's last known address as follows:

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20019

/S/ Steven J. Anderson
_____
Steven J. Anderson
Assistant Attorney General

GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE ATTORNEY GENERAL



August 20, 2007

Joel T. Hall
1904 3rd Street, NE
Washington, D.C. 20019

Re: *Hall v. District of Columbia, et al.*

Dear Mr. Hall:

    I am the lawyer that will be representing the defendants in the above-captioned matter. Judge Walton has issued an order that we confer and make a joint report to him recommending a schedule for resolving this case. I have called you at the number listed on your complaint, but that number is not working. Would you call me at (202) 724-6607, so we can make arrangements to meet and prepare this report? I suggest we meet at my office at the address shown below. That way I can prepare the report while we are together. If I am not in the office when you call, perhaps you can leave a number and a time when I can contact you on my answering machine? If you don't have access to an answering machine, you are welcome to stop by my office and ask for me. If I am free we can do it then. If I am not free, we can set an appointment together.

    I am looking forward to working with you.

Sincerely,

Steven J. Anderson
Assistant Attorney General

---

Judiciary Square Building, 441-4th Street, NW, 6th Floor South, Washington, DC 20004  Phone (202) 724-6607 Fax (202) 727-90



GOVERNMENT OF THE DISTRICT OF COLUMBIA
OFFICE OF THE CORPORATION COUNSEL

OFFICIAL BUSINESS
PENALTY FOR MISUSE

$00.41
AUG 21 2007
MAILED FROM ZIP CODE 20001

Joel T. Hale
1904 3rd Street, NE
Washington, DC  20019

RETURN TO SENDER
UNABLE TO FORWARD