UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOEL THOMAS HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0970 (RBW) |
| ) | |
| KATHY LANIER *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on defendant's motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). Plaintiff is proceeding *pro se*.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. Moreover, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is hereby

ORDERED that plaintiff shall respond to defendants' motion for judgment on the pleadings no later than **October 23, 2007**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint; and it is

FURTHER ORDERED that the Initial Scheduling Conference set for October 5, 2007, at 9 a.m. is removed from the calendar.

                                                               _____s/_____
                                                                Reggie B. Walton
                                                                United States District Judge

Date: September 17, 2007