PRAECIPE

# United States District Court
# for the District of Columbia

the __21st__ day of __September__ 20__07__

__Joel Thomas Hall__
vs.
__Kathy Lanier, et. al.,__

Civil / Criminal Action No. __1:07-cv-00970-RBW__

The Clerk of said Court will __note the Plaintiff Joel Thomas Hall address has changed to 1360 Barnaby Terrace SE, Washington, DC 20036.__

__9/21/07__
Date

_____
BAR IDENTIFICATION NO.

__Joel Hall__
Signature

__Joel Hall__
Print Name

__1360 Barnaby Terrace SE__
Address

__Washington__   __DC__   __20036__
City           State    Zip Code

__202-294-9897__
Phone Number

RECEIVED
SEP 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

This document was mailed this 21st day of September by first class mail to Steven Anderson, Office of Attorney General 441 4th Street NW, Washington, DC 20001.

Joel Hall