UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-CV 00970(RBW) |
| DISTRICT OF COLUMBIA, *et at.*, ) | |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE TO THE DEFENDANT METROPOLITAN POLICE DEPARTMENT'S MOTION FOR JUDGMENT ON THE PLEADINGS

The Plaintiff concedes that the District of Columbia and not the Metropolitan Police Department is the proper party for suit in this action, therefore, the proper defendant is the District of Columbia in lieu of the Metropolitan Police Department; unless case law has changed. The Plaintiff does not concede that the doctrine of Non Sui Juris is applicable to any other defendant, other than the Metropolitan Police Department. *Ray v. District of Columbia*, 535 A.2d 868, 869 n.2 (D.C. 1987).

*Joel T. Hall*
Joel T. Hall
1360 Barnaby Terrace S.E.
Washington, D.C. 20036
202-629-1464

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the was to the District of Columbia, 441 4th Street N.W., 6th Floor South, Washington, D.C. 20001 to: Steven J. Anderson, Esq., 441 4th Street N.W., 6th Floor South, Washington, D.C. 20001 and Officer Venson Wytch, 1805 Bladensburg Road, N.E., Washington, D.C. 20019.

*Joel T. Hall*
Joel T. Hall

RECEIVED
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT