UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et at.*, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:07-CV 00970(RBW) |

### REQUEST FOR ENLARGEMENT OF TIME FOR SERVICES OF SUMMONS, COMPLAINT, AND INTIAL ORDER AND AMEDNED COMPLAINT ON UNSERVED DEFENDANTS

The Plaintiff, Joel Hall, pursuant to Rule 4 and 6 (b)(2) of the Federal Rules of Civil Procedure or any other applicable rule, respectfully requests this Honorable Court to extend time for service on the unserved defendant, Officer Venson Wytch for the following reasons:

Mr. Hall previously attempted to have Officer Venson Wytch served by three different process servers, Capitol Process Services and two other individuals, from January through March of 2007 and again from May of 2007 to July of 2007. After being unsuccessful, the Plaintiff timely filed two motions seeking an extension of time to serve the unserved defendants. Judge Thomas Motely, Associate Judge granted an extension of time for the Plaintiff to serve the unserved defendants; up to an including May 11, 2007 and again addition time to an including July 11, 2007 to served the unserved defendants in this case.

RECEIVED
OCT 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

When the case was removed to the District Court Mr. Hall sought to seek counsel for representation. Mr. Hall believed that the attorney on record in the Superior Court would be able to represent him because she had an application pending for admission in the United States District Court for the District of Columbia but her admission has been delayed. Mr. Hall, as a pro se litigant, became very confused about the course of action to take to serve the unserved defendant.

Mr. Hall also could not locate an address to properly serve Officer Venson Wytch. Although, the Honorable Judge Motely granted Mr. Hall permission to alternatively serve Ofc. Venson, Mr. Hall did not know if this Honorable Court would deem the service granted by the Judge Motely as appropriate for alternative service.

The failure of Mr. Hall to bring the need to serve the remaining defendant to the court's attention once he discovered that the deadline was not meet by July 11, 2007 was an act more similar to "excusable neglect" than an intentional failure to comply with the rules. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). Further, there will be no prejudice to the defendant, Venson Wytch, he would be represented by the same counsel of all of the other defendants, their will be no length of delay or impact on the proceedings because no court dates have been scheduled, discovery has not begun and there are other defendants the Plaintiff would like to add as parties once their identify are made known. *Id.*

Mr. Hall also acted in good faith because he sought counsel but was unable to get counsel, he had difficulty in serving Office Venson Wytch, he moved to a new address and changed telephone numbers which caused a hardship on getting mail and being notified of the court proceedings and because he has no legal knowledge or experience he

sought counsel because he originally did not know how to litigate this case. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993). *Id.*

The DC Council recognized the difficulties that many Plaintiffs face in attempting to serve Officers of the Metropolitan Police Department and in the spring of this year enacted legislature, Section 101 of D.C. Law 16-223, requiring the Metropolitan Police Department to assists Plaintiffs in serving MPD Officers. Mr. Hall intends to use this new statute to effect service and also has an address believed to be the home address of Officer Venson Wytch.

Wherefore, the Plaintiff requests this Honorable Court to grant this motion.

Respectfully Submitted,

Joel Hall

Joel T. Hall
1360 Barnaby Terrace S.E.
Washington, D.C. 20036
202-629-1464

### Points and Authorities

1. Federal Rules of Civil Procedure 4
2. Federal Rules of Civil Procedure 26(e)
3. *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 395 (1993).
4. Inherent Power of the Court

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the was to the District of Columbia, 441 4th Street N.W., 6th Floor South, Washington, D.C. 20001 to:

Officer Venson Wytch
1805 Bladensburg Road, N.E.
Washington, D.C. 20019

Steven J. Anderson, Esq.
441 4th Street N.W., 6th Floor South
Washington, D.C. 20001

*Joel Hall*
Joel T. Hall
1360 Barnaby Terrace S.E.
Washington, D.C. 20036
202-629-1464

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEL THOMAS HALL, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 1:07-CV 00970(RBW) |
| DISTRICT OF COLUMBIA, *et at.,* | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's request for REQUEST FOR ENLARGEMENT OF TIME FOR SERVICES OF SUMMONS, COMPLAINT, AND INTIAL ORDER AND AMEDNED COMPLAINT ON UNSERVED DEFENDANTS, there being good grounds for the relief requested in Plaintiff's motion, it is this _____ day of _____, 2007 hereby,

ORDERED that Plaintiff's Motion is GRANTED; and it is

ORDERED that the Plaintiff shall have up to and including _____, to serve the unserved defendants in this case.

_____
The Honorable Reggie B. Walton
U.S. District Court Judge

cc:
Steven J. Anderson, Esq.
441 4th Street N.W., 6th Floor South

Washington, D.C. 20001

Officer Venson Wytch
1805 Bladensburg Road, N.E.
Washington, D.C. 20019

Joel T. Hall
1360 Barnaby Terrace S.E.
Washington, D.C. 20036
202-629-1464