UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-CV 00970(RBW) |
| DISTRICT OF COLUMBIA, *et at.*, | ) |
| Defendants. | ) |

### AFFIDAVIT OF SERVICE

I, <u>Melvin Delaney</u>, age 41 years of age, date of birth 1/22/06 and residence at 1360 Barnaby Terrace S.E., Washington, D.C. hereby declare that I served the Defendant, Officer Venson Wytch with the initial summons/complaint and order and amended complaint, on the <u>2nd</u> day of <u>November, 2007</u>, to a person authorized to receive service, Officer Huberto Monantez of at the 5th District Police Department Headquarters.

Melvin Delaney
1360 Barnaby Terrace S.E.
Washington, D.C. 20032
202-629-1481

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the this Affidavit of Service was mailed to the Steven J. Anderson, Esq., District of Columbia, 441 4th Street N.W., 6th Floor South, Washington, D.C. 20001 and to Officer Venson Wytch 1805 Bladensburg Road, N.E. Washington, D.C. 20019.

Melvin Delaney

RECEIVED
NOV 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT