UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Case No. 1:07 CV 00970 |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT VENSON WYTCH'S MOTION TO DISMISS FOR IMPROPER SERVICE**

    Defendant Venson Wytch, by and through undersigned counsel, moves, pursuant to Fed. R. Civ. P. 12(b)(5), 4(e)(2) and 4(m), to dismiss the Complaint as against this defendant. The basis for this motion is that defendant Wytch was not properly served with the Summons and Complaint in this matter within the period allowed by this Court's Order, *i.e.* November 29, 2007.

    On October 10, 2007, this Court allowed plaintiff until November 29, 2007, to effectuate service on Defendant Wytch. *See* October 10, 2007, Court Order. On November 28, 2007, the day before the deadline expired, plaintiff filed an Affidavit of Service alleging that Defendant Wytch was served with a summons and complaint in this case November 2, 2007. Specifically, plaintiff's affidavit of service alleges that Wytch authorized Officer Huberto Monantez of the Metropolitan Police Department's Fifth District Station to accept service on his behalf. Plaintiff further alleges that Ofc. Monantez was served for Defendant Wytch on November 2, 2007.

    However, as indicated in the attached affidavit, Defendant Wytch denies that he authorized Ofc. Monantez to accept service for him, or that he has ever been personally served. Since service upon this defendant was improper and the deadline has passed, he must be

dismissed from this case.

     Additional explanation for this motion is set forth in the attached Memorandum of Points and Authorities.

                         Respectfully submitted,

                         LINDA SINGER
                         Attorney General for the District of Columbia

                         GEORGE C. VALENTINE
                         Deputy Attorney General, Civil Litigation Division


                         _____

                         PHILLIP LATTIMORE
                         Chief, General Litigation Section III



                         _____

                         STEVEN J. ANDERSON
                         Assistant Attorney General
                         Bar no. 334480
                         Suite 600S
                         441 Fourth Street, N.W.
                         Washington, D.C. 20001
                         (202) 724-6607
                         (202) 727-3625 (fax)
                         E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, )<br>  )<br>  Plaintiff, )<br>  )  Case No. 1:07 CV 00970<br>  v. )<br>  )<br>DISTRICT OF COLUMBIA, *et al.,* )<br>  )<br>  Defendants. ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF DEFENDANT WYTCH'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(5), the Court must quash plaintiff's proof of service regarding defendant Khabo and should dismiss plaintiff's complaint against him because he was not properly served.

Plaintiff brings this civil action against the District of Columbia ("District") and several of its police officers, including Mr. Wytch. Allegedly, these defendants were involved in the wrongful detention of plaintiff and the use of excessive force, *inter alia.*

Under FRCP 4(e)(2), service on an individual may be accomplished by:

> delivering a copy of the summons and of the complaint to the individual personally or by leaving copies thereof at the individual's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein or by delivering a copy of the summons and of the complaint to an agent authorized by appointment or by law to receive service of process. FRCP 4(e)(2).

In this case, Defendant Wytch was not personally served, nor was a copy of the summons and complaint left at his abode or with an authorized agent. Rather, the Affidavit of Service filed by plaintiff states that the process server served defendant Wytch by leaving copies of the

3

Summons and Complaint with Mr. Wytch's authorized agent. However, the Affidavit of Service is incorrect. This is confirmed by the attached affidavit.

Finally, Rule 4(m) provides that

"If service of summons and complaint is not made upon a defendant within 120 days after the of filing of the complaint, the court upon motion, shall dismiss the action without prejudice or direct that service be affected within a specific period…."

By Court Order dated October 10, 2007, plaintiff was allowed additional time to serve Defendant Wytch, beyond the 120 days provided for in the rules -- until November 29, 2007. This date has passed and Defendant Wytch has not been properly served. It is, therefore, within the power of this Court to dismiss plaintiff's complaint without prejudice due to plaintiff's failure to affect service in a timely manner. Accordingly, Defendant asks that his motion be granted and that he be dismissed from this case.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____
        PHILLIP LATTIMORE
        Chief, General Litigation Section III

        _____
        STEVEN J. ANDERSON
        Assistant Attorney General
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607

        (202) 727-3625 (fax)
       E-mail: Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07 CV 00970 |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of defendant Wytch's Motion to Dismiss, the Memorandum of Points and Authorities in Support thereof, any opposition filed thereto, the record herein, and for good cause shown, it is by the Court this _____ day of July 2004,

ORDERED that defendant's motion is hereby GRANTED; and it is further

ORDERED that the claims against defendant Wytch be dismissed without prejudice.

_____
JUDGE
U.S. DISTRICT COURT

Copies to:

Steven J. Anderson
Assistant Attorney General
441 4th Street, NW, 6S012
Washington, DC  20001

Joel Hall
1360 Barnaby Terrace, SE
Washington, D.C. 20036

CERTIFICATES OF SERVICE

I hereby certify that a copy of the foregoing motion to dismiss by defendant Wytch, along with the supporting papers, was mailed postage prepaid this 18th day of December 2007, to the plaintiff at the address set forth below:


Joel Hall
1360 Barnaby Terrace, SE
Washington, D.C. 20036

                                      /s/ Steven J. Anderson
                                      Steven J. Anderson
                                      Asst. Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEL THOMAS HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07 CV 00970 |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF VENSON WYTCH

1. My name is Venson Wytch, and I am over 18 years of age.

2. I have not been served with the Summons and Complaint in the above-captioned case.

3. I am employed at the Metropolitan Police Department's Fifth District Station located at 1805 Bladensburg Rd., NE, Washington, D.C. as a police officer.

4. I did not authorize anyone to accept service for me at the Fifth District.

5. Around November 2, 2007, I was on patrolling on the streets. The dispatched contacted me on my police radio and told me to call the Fifth District Station. When I called the station, an officer told me that there was a package waiting for me at the Fifth District.

6. I picked up the package a day later and it was paperwork about the above-captioned case.

I swear and affirm that the following is true and correct to the best of my knowledge under penalty of perjury.

_____ 12/13/07
VENSON WYTCH