UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL, )
)
Plaintiff, )
)
v. ) Case No. 1:07-CV 00970(RBW)
)
DISTRICT OF COLUMBIA, *et at.*, )
)
Defendants. )

## AFFADAVIT OF PROCESS SERVER

I, __Melvin Delaney__, having being authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: __41 and 1/22/1966__.

That my residential or business address is: __1360 Barnaby Terrace S.E. Washington, D.C. 20032__.

That at __2:00__ o'clock a.m./p.m. on the __9th__ day of __January__ 20__08__.

I served __Officer Venson Wytch__ the above named defendant(s) by leaving a copy of the Summons, Complaint and Initial Order at the __Office of the Attorney General at 441 4th Street N.W., Washington, D.C. 20001__ with __Darlene Fields__.

Melvin Delaney, Jr.

Subscribed and sworn to before me this __9th__ day of __Jan__, 20__08__.

_____
Deputy Clerk/Notary Public

**RECEIVED**
JAN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The District of Columbia: SS
subscribed and sworn to before me
this ___ day of _____ 2008

Lisa Renee Johnson
Notary Public, DC
My commission expires 10/14/2011