UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOEL THOMAS HALL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0970 (RBW) |
| KATHY LANIER *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on defendant Metropolitan Police Department's ("MPD") motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). Plaintiff, proceeding *pro se*, concedes that MPD is not an entity capable of being sued in its own name and that the District of Columbia is "the proper party for suit in this action." Pl.'s Resp. [Dkt. No. 14]. Accordingly, it is hereby

**ORDERED** that MPD's motion for judgment on the pleadings [Dkt. No. 9] is **GRANTED**. MPD is dismissed as a party-defendant.

_____s/_____
Reggie B. Walton
United States District Judge

Date: February 1, 2008