UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JOEL THOMAS HALL,                       )
                                        )
            Plaintiff,                  )
                                        )
            v.                          )   Civil Action No. 07-0970 (RBW)
                                        )
KATHY LANIER *et al.*,                  )
                                        )
            Defendants.                 )
_____)

MEMORANDUM AND ORDER

In this civil rights action removed from the Superior Court of the District of Columbia,

defendant Officer Venson Wytch of the District of Columbia Metropolitan Police Department

("MPD") moves to dismiss the complaint for improper service.  Although Officer Wytch

acknowledges his receipt of the "paperwork about the . . . case," Def.'s Mot., Attach. (Affidavit

of Venson Wytch ¶ 6), he states that he has "not been served with the Summons and Complaint,"

*id.* ¶ 1, and that he "did not authorize anyone to accept service for me at the Fifth District."  *Id.*

¶ 4.

In his opposition, plaintiff, who is proceeding *pro se*, describes attempts by his retained

process server to serve Officer Wytch with process and claims that he was misled by Officer

Huberto Monantez, who, according to the process server, was "a person authorized to receive

service."  Affidavit of Service [Dkt. No. 16].  In the alternative, plaintiff moves for a 60-day

enlargement of time to effect proper service upon Officer Wytch or to request his waiver of

service pursuant to Fed. R. Civ. P. 4(d).[1]  Because plaintiff has been diligent in attempting to serve Officer Wytch and no demonstrable prejudice would result from allowing him additional time to perfect service, it is hereby

ORDERED that the motion of defendant Venson Wytch to dismiss for improper service [Dkt. No. 17] is DENIED without prejudice; and it is

FURTHER ORDERED that plaintiff's motion to enlarge the time to effect proper service upon Officer Wytch [Dkt. No. 19] is GRANTED.  Plaintiff has 60 days from the filing date of this Order to effect proper service utilizing the procedures established by the Metropolitan Police Department Amendment Act of 2006.  *See* 54 D.C. Reg. 5039 §§ 2004-08 (effective Sept. 7, 2007); D.C. Code § 5-105.09 (2007).  Plaintiff's failure to effect proper service or to request a waiver of service within the time permitted will result in dismissal of the complaint against the movant.

_____s/_____
Reggie B. Walton
United States District Judge

Date: May 14, 2008

_____

[1]  Subsequent to the briefing of the pending motion, plaintiff filed another affidavit in which his process server states that on January 9, 2008, he served Officer Wytch by leaving copies of the summons, complaint and initial order with Darlene Fields at the District of Columbia Office of the Attorney General.  Affidavit of Process Server [Dkt. No. 22].  It appears that plaintiff has mistaken the Attorney General's Office for MPD's General Counsel's Office identified in D.C. Code § 5-105.09 as a designated office for accepting service for MPD officers.  There is no indication that Ms. Fields was authorized to accept service on Officer Wytch's behalf and Officer Wytch has not acknowledged this purported service.  Thus, the record still lacks proof of proper service upon the movant.