AO 458 (Rev. 11/04 DC)-Appearance

## United States District Court
## For the District of Columbia

JOEL THOMAS HALL, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:07-CV-00970 (RBW)
)
KATHY LANIER et at., )
)
Defendants. )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Melodie V. Shuler, Esq.__ as counsel in this
(Attorney's Name)

case for: __Joel Thomas Hall.__
(Name of party)

June 13, 2008                                       _[signature]_
Date                                                Signature

                                                    Melodie V. Shuler, Esq.
488686                                              Print Name
BAR IDENTIFICATION
                                                    1629 K Street N.W., Suite 300
                                                    Address

                                                    Washington, DC      20006
                                                    City     State      Zip Code

                                                    (202) 294-9897
                                                    Phone Number