UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,                )
                                 )
            Plaintiff,           )
                                 )        Case No. 1:07 CV 00970 (RBW)
      v.                         )
                                 )
DISTRICT OF COLUMBIA, *et al.,*  )
                                 )
            Defendants.          )

**<u>DEFENDANT VENSON WYTCH'S</u>**
**<u>MOTION TO DISMISS</u>**

Defendant Venson Wytch, by and through undersigned counsel, moves, pursuant to Fed.
R. Civ. P. 12(b)(5), 4(e)(2) and this Court's May 14, 2008, Order to dismiss the Complaint as
against this defendant.  The basis for this motion is that defendant Wytch was not properly
served with the Summons and Complaint in this matter within the extended period allowed by
this Court's Order, *i.e.* July 14, 2008.

On May 14, 2008, this Court extended the period for plaintiff to effectuate service on
Defendant Wytch a second time.  *See* May 14, 2008, Court Order.  According to the Court's
Order, plaintiff was given an additional 60 days, or until July 14, 2008, to serve Defendant
Wytch using the procedures established by the Metropolitan Police Department Amended Act of
2006.  However, July 14, 2008 has passed and plaintiff has not filed a proof of service for this
defendant.

In its May 14, 2008, Order, the Court indicated that "[p]laintiff's failure to effect service
or to request a waiver of service within the time permitted will result in dismissal of the
complaint…"  Accordingly, plaintiff's Complaint against Defendant Wytch must be dismissed.

Additional explanation for this motion is set forth in the attached Memorandum of Points

and Authorities. [1]

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/TONI MICHELLE JACKSON

TONI MICHELLE JACKSON [453765]
Chief
General Litigation Section III

/s/ STEVEN J. ANDERSON

STEVEN J. ANDERSON [334480]
Assistant Attorneys General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
Steve.anderson@dc.gov
(202) 724-6600
(202) 741-5923 (fax)

---

[1] No certification is required under Fed.R.Civ.Pro. 7(m) because the instant motion is dispositive.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,                          )
                                           )
            Plaintiff,                     )
                                           )        Case No. 1:07 CV 00970(RBW)
      v.                                   )
                                           )
DISTRICT OF COLUMBIA, *et al.,*            )
                                           )
            Defendants.                    )


**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT WYTCH'S MOTION TO DISMISS**

Plaintiff brings this civil action against the District of Columbia ("District") and several of its police officers, including Officer Wytch. Allegedly, these defendants were involved in the wrongful detention of plaintiff and the use of excessive force, *inter alia.* After it extended the period for service once in this matter, on May 14, 2008, this Court issued an order wherein it found that plaintiff had not properly served Officer Wytch. However, the Court directed plaintiff's attention to the administrative procedures for effecting service on police officers and allowed 60 additional days for plaintiff to use those procedures. In its order, the Court also indicated that '[p]laintiff's failure to effect service or to request a waiver of service within the time period permitted will result in dismissal of the complaint…" May 14, 2008, Order.

60 days after May 14, 2008, is July 14, 2008, which has now passed. On June 13, 2008, plaintiff's lawyer entered her appearance. However, plaintiff has filed no proof of service regarding Officer Wytch. Therefore, Officer Wytch must be dismissed as a defendant.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/TONI MICHELLE JACKSON
_____
TONI MICHELLE JACKSON [453765]
Chief
General Litigation Section III

/s/ STEVEN J. ANDERSON
_____
STEVEN J. ANDERSON [334480]
Assistant Attorneys General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
Steve.anderson@dc.gov
(202) 724-6600
(202) 741-5923 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOEL THOMAS HALL,              )
                                        )
            Plaintiff,          )
                                          )     Case No. 1:07 CV 00970(RBW)
             v.                  )
                                          )
DISTRICT OF COLUMBIA, *et al.,*   )
                                        )
            Defendants.     )

## **ORDER**

UPON CONSIDERATION of defendant Wytch's Motion to Dismiss, the Memorandum of Points and Authorities in Support thereof, any opposition filed thereto, the record herein, and for reasons in defendant's motion, it is by the Court this _____ day of _____ 2008,

ORDERED that defendant's motion is hereby GRANTED; and it is further

ORDERED that the claims against defendant Wytch be dismissed.

_____
Reggie B. Walton
Judge, United States District Court

Copies to:

Steven J. Anderson
Assistant Attorney General
441 4th Street, NW, 6S012
Washington, DC  20001

Melodie V. Shuler, Esq.
1629 K Street, NW
Suite 300
Washington, DC 20006

3